FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Apr 20, 2026**

SEAN F. McAVOY, CLERK

ENVIRONMENT CONTROL RESTORATION
SERVICES, INC., an Idaho corporation, as an assignee of
RYAN EHRMANTROUT and EMILY SHICK )

*Plaintiff* )

v. )

STATE FARM FIRE AND CASUALTY COMPANY, an )
Illinois company )

Civil Action No.   2:25-CV-00070-ACE

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court Order at ECF No 29, Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED. Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Alexander C. Ekstrom.

Date:   4/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*